O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-8796 PSG (PJWx) | Date | December 22, 2010 |
|---|---|---|---|
| Title | Randy Stratton v. Upper Playground Enterprises, Inc. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):     Attorneys Present for Defendant(s):

Not Present     Not Present

**Proceedings:**     **(In Chambers) Order to Show Cause and for a hearing on Defendant's** *ex parte* **application.**

      The Court received Defendant Upper Playground's ("Defendant") *ex parte* application for an order shortening the time for notice on Defendant's motion for reconsideration of the Court's December 17, 2010 Order granting summary adjudication in favor of Plaintiff Randy Stratton ("Plaintiff"). *See* Dkt. #60. The Court will hold a hearing on the *ex parte* application on January 3, 2010 at 2:30 p.m.

      Defendant is also ordered to show cause why the declarations and other papers submitted in support of the *ex parte* application, the motion for reconsideration, and the opposition to Plaintiff's motion for summary adjudication do not contain false and/or misleading statements to the Court. Declarants John Horowitz, Matt Revelli and Aaron Burns are ordered to appear at the January 3, 2010 hearing.

      **IT IS SO ORDERED.**